ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. RApp.P.; § 6-11-20, Ala.Code 1975; Rule 408, Ala.R.Evid.; Life Ins. Co. of Georgia v. Smith, 719 So.2d 797 (Ala.1998); BMW of North America, Inc. v. Gore, 701 So.2d 507 (Ala.1997); Jewell v. Seaboard Indus., Inc., 667 So.2d 653 (Ala.1995); Grayson v. Dungan, 628 So.2d 445 (Ala.1993); Charter Hospital v. Weinberg, 558 So.2d 909 (Ala.1990); Hickox v. Stover, 551 So.2d 259 (Ala.1989); Hart v. Marcum, 692 So.2d 850 (Ala.Civ.App.1997); B E & K Constr. Co. v. Hayes, 666 So.2d 1 (Ala.Civ.App.1995); and Barton v. American Red Cross, 829 F.Supp. 1290 (M.D.Ala.1993).
YATES, MONROE, and CRAWLEY, JJ., concur.
THOMPSON, J., dissents.